IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER J. ROWAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-0770-SSA-CV-W-MJW |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

     Before the court is the Commissioner's motion of May 15, 2015, requesting the court to enter a final judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure, reversing the decision of the Administrative Law Judge (ALJ) and remanding this case to the Commissioner under sentence four of 42 U.S.C. § 405(g). The Commissioner states that, upon remand, the ALJ will be directed to obtain additional vocational expert testimony to address and resolve any inconsistencies with the Dictionary of Occupational Titles (DOT) and companion publications, as required by Social Security Ruling 00-4p, specifically with regard to plaintiff's limitation to occasional overhead reaching with his dominant right upper extremity. In his response, the plaintiff states he "has no objection to and supports a reversal and remand". (Doc. 16).

     After consideration of the record, the court finds that a remand, pursuant to sentence four, is warranted. Remand will expedite administrative review and allow the Commissioner to properly consider the claim. Accordingly, it is

     ORDERED that the decision of the ALJ is reversed, and this case is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for a proper consideration of plaintiff's claim, and that a final judgment be entered, pursuant to Rule 58. (Doc. 15).

     Dated this 26th day of May, 2015, at Jefferson City, Missouri.

                                                /s/ *Matt J. Whitworth*
                                                MATT J. WHITWORTH
                                                United States Magistrate Judge